IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

GARVEY BAZILE,

      Petitioner,

v.                                                                          Case No.  5D17-1791

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed July 21, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Garvey Bazile, Crawfordville, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the April 20, 2017 order denying Petitioner's pro se motion for post-conviction relief, filed in Case No. 12-3575-CFA in the Circuit Court in and for Seminole County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, LAMBERT and EDWARDS, JJ., concur.